## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BRENDA BROWN                                                                                          PLAINTIFF

v.                                          NO. 5:08CV00280 JLH

CITY OF DUMAS, ARKANSAS; DUMAS
POLICE DEPARTMENT; EVERETT COX;
and BRANDON MCKIEVER                                                                        DEFENDANTS

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 20th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE